# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                             Case No. 3:93 cr 199 (PCD)

DARREL BASKIN, a/k/a "Wiz"

ORDER RE: REDUCTION OF SENTENCE RE: CRACK COCAINE OFFENSE

The Defendant is ineligible for a sentence reduction as the sentence originally imposed departed by two levels in anticipation of the Crack Cocaine Amendment of November 1, 2007, and no further reduction is required.

SO ORDERED.

Dated at New Haven, Connecticut, March 11, 2008.

/s/
Peter C. Dorsey, Senior
United States District Judge