**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.  Case No. 3:93 cr 199 (PCD)

DARREL BASKIN, a/k/a "Wiz"

AMENDED ORDER RE: REDUCTION OF SENTENCE RE: CRACK COCAINE OFFENSE

The Order of March 11, 2008 is vacated and defendant's ineligibility should reflect the original sentence related to an amendment of November 1, 1994. As the amount of crack cocaine involved was over 5 kilograms resulting in an offense level not affected by the November 1, 2007 amendment, and reduced by two, defendant is not eligible for a sentence reduction.

SO ORDERED.

Dated at New Haven, Connecticut, March 26, 2008.

/s/ _____
Peter C. Dorsey, Senior
United States District Judge